**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2021-CA-1453

Lift Louisiana and Laura Fine, on behalf of herself and her
clients

- - Versus - -

State of Louisiana

19th Judicial District Court
Case #: 710153
East Baton Rouge Parish

On Application for Rehearing filed on 06/17/2022 by Lift Louisiana and Laura Fine, on behalf of herself and

Rehearing _____DENIED_____

J. Michael McDonald

Walter I. Lanier III

Elizabeth Wolfe

Date_____**JUN 3 0 2022**_____

Rodd Naquin, Clerk